No. 5985.—EL PUEBLO DE PUERTO RICO, apldo., v. CALDERÓN, aplte.—C. D. Mayagüez. ▅▅▅▅▅▅ Marzo 31, 1933.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

POR CUANTO, en este recurso, visto el 7 de marzo actual sin asistencia de las partes, está envuelta la misma cuestión que en el No. 5921, *El Pueblo de Puerto Rico, Ex rel. Sabat Santos* v. *Artemio Camacho*, decidido el 24 de junio de 1932, 43 D.P.R. 691, a saber: a quién corresponde el nombramiento del Secretario Auditor en los municipios de segunda y tercera clase, sólo que aquí la Corte de Distrito resolvió que el nombramiento correspondía al Gobernador y en el de Santos, supra, que correspondía al Alcalde:

POR TANTO, por los fundamentos consignados en la opinión emitida en el dicho caso de Santos, supra, debe revocarse y se revoca la sentencia recurrida que dictó la Corte de Distrito de Mayagüez el 24 de febrero de 1932 y declararse como se declara sin lugar la demanda, sin especial condenación de costas.

56.—NATIONAL CITY BANK OF NEW YORK, peticionario, v. PEREYÓ, JUEZ ACCIDENTAL DE LA CORTE DE DISTRITO DE HUMACAO, ET ALS., demandados.—▅▅▅▅▅▅—Abril 21, 1933.

Vista la regla 69 de esta corte, no apareciendo la necesidad de que esta corte intervenga por ahora en este asunto, siendo lo normal que el peticionario se dirija primero por moción a la corte de distrito pidiendo que reconsidere su orden anulando aquélla por virtud de la cual le permitió intervenir en el pleito, y que tome cualquier medida que sea necesaria para proteger sus derechos mientras la cuestión así suscitada se decida, no ha lugar a expedir el auto que se interesa.